RECEIVED

JUL 20 2005

...CT COURT
...OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **S. DAVID MILLER** | ) | |
| **Plaintiff** | ) | |
| | ) | **Civil Action No.: 04-224S** |
| **v.** | ) | |
| | ) | |
| **WERNER COMPANY and** | ) | |
| **HOME DEPOT, U.S.A., INC.** | ) | |
| **Defendant** | ) | |

STIPULATION OF DISMISSAL

All claims, in the above-captioned matter are hereby dismissed with prejudice and without costs to any party.

CERTIFICATE OF SERVICE

I, Brian P. Voke, hereby certify that on July 18th, 2005 I served the Stipulation of Dismissal, by causing one copy to be mailed to Robert J. Cosentino, 950 Smith Street, Providence, Rhode Island.

HOME DEPOT &
WERNER CO.
By its attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

Brian P. Voke, BBO#4953
One Constitution Plaza
Boston, MA 02129
Tele: (617) 241-3000
Fax: (617) 241-5115

S. DAVID MILLER
By his attorney,

Robert J. Cosentino REG#2459
950 Smith Street
Providence, RI 02908
P: 401-421-1170
F: 401-421-5590

Dated: July 12, 2005

ENTER WmM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 7/21/05